AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

BURTON W. WIAND, as Receiver for VALHALLA INVESTMENT PARTNERS, L.P., et al.

*Plaintiff*

v.

STEVE ELLIS,

*Defendant*

Civil Action No. 8:10CV233-T 33 TGW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steve Ellis
3708 Flores Avenue
Sarasota, FL 34239

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gianluca Morello, Esq. and Michael S. Lamont, Esq.
WIAND GUERRA KING P.L.
3000 Bayport Drive
Suite 600
Tampa, FL 33607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JAN 2 0 2010

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

[Stamp: RECEIVED 10 JAN 20 PM 4:18 CLERK, U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA]